PEOPLE v HALE, No. 154057; Court of Appeals No. 332772.

PEOPLE v DUKES, No. 154099; Court of Appeals No. 332255.

*Statement Regarding Decision on Motion for Disqualification Entered July 29, 2016:*

PEOPLE v RICHARDSON, No. 153970; Court of Appeals No. 314245.

VIVIANO, J. On July 21, 2016, defendant filed a motion to disqualify me from this case. Having presided over defendant's trial, I would have recused myself from the case, regardless of defendant's motion. Therefore, I would grant defendant's motion.

*Leave to Appeal Denied August 2, 2016:*

KOLAILAT v McKENNETT, No. 153075; Court of Appeals No. 328333.

McCORMACK, J. (*dissenting*). I respectfully dissent from this Court's order denying leave to appeal for the reasons identified in my dissenting statement in *Mabry v Mabry*, 499 Mich 997 (2016).

BERNSTEIN, J., joined the statement of McCORMACK, J.